JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    Facsimile: (415) 436-7234

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. S1-CR-08-0730-WHA(BZ) |
| ) | |
| v. ) | |
| ) | STIPULATION AND [PROPOSED] |
| ) | ORDER DOCUMENTING WAIVER |
| RAFAEL MONTOYA, ) | |
|     a/k/a "Sapo," ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

On November 14, 2008, defendant Rafael Montoya, appeared with his counsel, Edward Swanson, Esq., before Magistrate Judge Bernard Zimmerman for arraignment on the above-captioned superseding indictment. Following arraignment, the defendant was ordered to appear before Judge William H. Alsup at 2:00 pm on December 9, 2008, for an initial appearance/status conference before the District Court. With the agreement of the parties and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial Act from November 14, 2008 through December 9, 2008. The parties agree and stipulate, and the Court finds and holds, as follows:

1. The defendant, Rafael Montoya, with his counsel, Edward Swanson, Esq., appeared before the Court on November 14, 2008, for arraignment and entered a plea of not guilty to superseding indictment S1-CR-08-0730-WHA.

2. Following arraignment, the defendant was ordered to appear before Judge William H. Alsup at 2:00 pm on December 9, 2008 for an initial appearance/status conference before the District Court.

3. The parties requested, and the Court ordered, the exclusion of time under the Speedy Trial Act from November 14, 2008 through December 9, 2008, to allow for the Government to produce discovery and to allow for counsel to receive and begin reviewing discovery, which would ensure the effective preparation of counsel.

4. Accordingly, the Court finds that the ends of justice served by excluding the period from November 14, 2008 to December 9, 2008 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(8)(A) and (B).

STIPULATED:

DATED: November 18, 2008        /s/
                                EDWARD SWANSON, ESQ.
                                Attorney for RAFAEL MONTOYA

DATED: November 18, 2008        /s/
                                W.S. WILSON LEUNG
                                Assistant United States Attorney

IT IS SO ORDERED.

DATED: November 19, 2008        HON. BERNARD ZIMMERMAN
                                United States Magistrate Judge