IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

RAFAEL MONTOYA, *et al.*,

    Defendants.

No. CR 08-0730 WHA

**ORDER GRANTING IN PART AND DENYING IN PART THE OAKLAND POLICE DEPARTMENT'S REQUEST FOR *IN CAMERA* REVIEW**

Defendant Montoya served a subpoena on the Oakland Police Department ("OPD") for personnel files regarding Officer Chavez (badge no. 8676). OPD now requests an order allowing it to submit all responsive documents under seal for *in camera* review prior to disclosure to defendant Montoya. OPD also requests that it only be required to produce files dating back to five years prior to the date of the incident and that any disclosure be subject to a protective order.

For good cause shown, the motion for *in camera* review is **GRANTED**. The request to limit the subpoena to files dating back to five years prior to the date of the incident, however, is **DENIED**. OPD shall submit all responsive documents to the undersigned for *in camera* review by **AUGUST 3, 2010**. Should any documents be deemed suitable for disclosure, the undersigned will request the parties and OPD submit a stipulated proposed protective order at that time.

**IT IS SO ORDERED.**

Dated: July 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE